STATE v. MESSER

No. 373P99

Case below: 134 N.C.App. 187

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 December 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

STATE v. MOORE

No. 450P99

Case below: 131 N.C.App. 65

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1999. Justice Martin recused.

STATE v. SARTORI

No. 356P99

Case below: 134 N.C.App. 188

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999. Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 2 December 1999.

STATE v. TROGDEN

No. 466P99

Case below: 135 N.C.App. 85

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

STATE v. WARD

No. 411P99

Case below: 133 N.C.App. 446

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1999.